**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVEN MILLER, | Case No. 2:14-CV-00628-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| STATE OF ARIZONA DEPARTMENT OF CORRECTIONS, ALHAMBRA FLAMINGO CENTRAL PRISON, WARDEN FOUTS, and CAPTAIN DAYFAN, | |
| Defendants. | |

On February 27, 2015, I entered an order dismissing the plaintiff's complaint without prejudice and granting plaintiff 30 days to file an amended complaint or the action would be dismissed. Plaintiff did not file an amended complaint.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice.

DATED this 2nd day of April, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE